```
 1
 2
 3
 4
 5
 6              IN THE UNITED STATES DISTRICT COURT
 7                  FOR THE DISTRICT OF ARIZONA
 8
 9  Pamela Goodman,              )   No. CV 08-445-PHX-JAT
                                 )
10          Plaintiff,            )   ORDER
                                 )
11  vs.                          )
                                 )
12                               )
    Staples, the Office Superstore, LLC; )
13                               )
            Defendant.            )
14                               )
                                 )
15
```

      Defendant has filed an amended notice of removal to attempt to cure the defect in pleading jurisdiction. Doc. #11. Defendant still has not properly pled jurisdiction. Specifically, Defendant alleges that one of the members of the LLC is Staples The Office Superstore LTD. The Court is not positive what form of enterprise "LTD" is. However,

> Unincorporated enterprises are analogized to partnerships, which take the citizenship of every general and limited partner.

*Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003).

      Therefore, assuming Staples The Office Superstore LTD is not a corporation, i.e. it is an unincorporated enterprise, Defendant must allege the citizenship of every member of Staples The Office Superstore LTD because that entity takes on the citizenship of each of its members. Alternatively, if Staples The Office Superstore LTD is a corporation, Defendant

1  must allege both a state of incorporation and a principal place of business, which has not occurred.

2  Accordingly,

3  IT IS ORDERED that at the date and time previously set, Defendant must still show

4  cause why this case should not be dismissed for lack of federal subject matter jurisdiction.

5  DATED this 16th day of April, 2008.

*/s/ James A. Teilborg*
James A. Teilborg
United States District Judge